JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Essam A. Ayad,<br><br>        Plaintiff,<br><br>   v.<br><br>Metropolitan Life Insurance Co.,<br><br>        Defendant(s).<br>_____ | SACV 10-01064 JVS (RNBx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED:   November 3, 2011

_____
James V. Selna
United States District Judge