JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Essam A. Ayad,          ) | SACV 10-01064 JVS (RNBx) |
|                         ) | ORDER OF DISMISSAL UPON |
|          Plaintiff,     ) | SETTLEMENT OF CASE |
|                         ) | |
|      v.                      ) | |
|                         ) | |
| Metropolitan Life Insurance Co.,   ) | |
|          Defendant(s).    ) | |
|                         ) | |
| _____ ) | |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.

DATED:      November 3, 2011

                             _____

                               James V. Selna
                         United States District Judge